

Javier L. Merino*<br>
Direct Dial: 201-355-3440<br>
Facsimile: 216-373-0536<br>
Email: JMerino@DannLaw.com

March 12, 2018

Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Sent via ECF

In re:   Plaintiff's Status Report for *Rebecca Castillo v. Anne Fontaine, Inc.*
         Case No. 1:18-cv-00422

Dear Judge Torres:

DannLaw represents the Plaintiff in the above-referenced matter. We write to inform Your Honor that no counsel has contacted our office or appeared in order to conduct a 26(f)-conference and produce a case management plan pursuant to the March 12 deadline. We are in the process of perfecting service for a second time in order to ensure proper service.

Sincerely,

Javier L. Merino, Esq.

---

DannLaw
1 Meadowlands Plaza, Suite 200
East Rutherford, New Jersey 07071        *Licensed in NJ and NY

DannLaw.com
[877] 475-8100