UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REBECCA CASTILLO, an individual,

                Plaintiff,

-against-

ANNE FONTAINE, INC.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/12/2018
```

18 Civ. 422 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    Because Defendant has yet to make its appearance, the initial pretrial conference scheduled for March 19, 2018 is ADJOURNED to **April 12, 2018**, at **10:40 a.m.**  The parties' shall submit their joint letter and proposed case management plan by **April 5, 2018**.

    SO ORDERED.

Dated: March 12, 2018
       New York, New York

_____
ANALISA TORRES
United States District Judge