

Illinois | New Jersey | New York | Ohio | Oregon

Javier L. Merino*
Direct Dial: 201-355-3440
Facsimile: 216-373-0536
Email: JMerino@DannLaw.com

April 25, 2018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2018
```

Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Sent via ECF

In re: *Rebecca Castillo v. Anne Fontaine USA, Inc.* Case No. 1:18-cv-00422

Dear Judge Torres:

As Your Honor is aware, we represent the Plaintiff Rebecca Castillo ("Plaintiff") in this matter. We write to inform Your Honor that both parties have recently been engaged in productive settlement discussions and may arrive at a settlement in principal within the next two weeks. The Initial conference is currently scheduled for May 3, 2018, with the Case Management Plan due April 26, 2018. Both parties respectfully request the initial conference be further adjourned to June 7, 2018, to allow additional time for the parties to engage in settlement discussions without needing to incur additional attorneys' fees. This is the Plaintiff's third request for adjournment of the initial conference. This request is not made for purposes of delay and will not prejudice the Defendant. Thank you for your consideration.

Respectfully Submitted,

*/s/ Javier L. Merino*

Javier L. Merino, Esq.

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for May 3, 2018 is ADJOURNED to **May 15, 2018**, at **11:00 a.m.** The parties' deadline to submit their joint letter and proposed case management plan is ADJOURNED to **May 8, 2018**.

SO ORDERED.

Dated: April 26, 2018
New York, New York

_____
ANALISA TORRES
United States District Judge

DannLaw
1 Meadowlands Plaza, Suite 200
East Rutherford, New Jersey 07071

*Licensed in NJ and NY

DannLaw.com
[877] 475-8100